# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| RICARDO MENDEZ-VALDEZ, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12CV91-1-V |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 19, 2013, Order.

February 19, 2013

Frank G. Johns, Clerk
United States District Court