IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:12CV91-RLV
(5:06CR9-RLV-DCK-1)

| | |
|---|---|
| RICARDO MENDEZ-VALDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

UPON MOTION OF Petitioner (Doc. 5) for Reconsideration of the Court's prior Order dismissing Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence as untimely,

IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration is DENIED for the reasons given in the Court's Order dismissing Petitioner's motion to vacate.

Signed: March 26, 2013

Richard L. Voorhees
United States District Judge